IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER,<br><br>　　　Plaintiff,<br>　v.<br>DUTRA GROUP, et al.,<br>　　　Defendants.<br>_____/ | No. C-15-2590 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

　　　On July 13, 2015, the above-titled action was reassigned to the undersigned.

　　　To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the complaint, filed June 10, 2015.

　　　**IT IS SO ORDERED.**

Dated: July 21, 2015

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge