George Torgun (Bar No. 222085)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: george@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE DUTRA GROUP and SAN RAFAEL ROCK QUARRY, INC.,<br><br>Defendants. | Civil No. 3:15-cv-02590-MMC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maxine M. Chesney |

STIPULATION TO CONTINUE CMC --Civil No. 3:15-cv-02590-MMC

Plaintiff San Francisco Baykeeper ("Baykeeper" or "Plaintiff") and Defendants The Dutra Group and San Rafael Rock Quarry, Inc. (collectively, "Dutra" or "Defendants") respectfully submit this stipulation as follows:

WHEREAS, Baykeeper and Dutra (collectively, the "Parties") have been working together in good faith to reach a settlement in this action;

WHEREAS, pursuant to a request by Plaintiff (Dkt. 10), the Court set the initial Case Management Conference in this matter for October 30, 2015 at 10:30 a.m., and continued other deadlines in the case until one week before the Case Management Conference (Dkt. 11);

WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate reaching a final settlement in this action within the next six (6) weeks;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1.  The Case Management Conference shall be continued to November 20, 2015, at 10:30 a.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court.

2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be due no later than three weeks before the Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due no later than one week before the Case Management Conference.

4. The Parties shall make initial disclosures or objections in their Rule 26(f) Report no later than one week before the Case Management Conference.

///

///

///

///

///

1

2

 WHEREFORE, the Parties respectfully request the Court to approve and enter the Proposed

Order below.

3

DATE: October 9, 2015                                  Respectfully Submitted,

4

/s/ Nicole C. Sasaki

5

Nicole C. Sasaki

6

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

7

ROGERS JOSEPH O'DONNELL

8

9

/s/ Nicholas T. Niiro

10

Nicholas T. Niiro

11

Attorneys for Defendants
THE DUTRA GROUP and SAN RAFAEL

12

ROCK QUARRY, INC.

13

14

 I attest that concurrence in the filing of this document has been obtained from Nicholas T.

Niiro for Dutra.

15

16

DATE: October 9, 2015                                  /s/ Nicole C. Sasaki

17

Nicole C. Sasaki

18

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to <u>November 20, 2015,</u> at 10:30 a.m.

2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than three weeks before the Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.

4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.

IT IS SO ORDERED.

Date: <u>October 13, 2015</u>          NORTHERN DISTRICT OF CALIFORNIA



Honorable Maxine M. Chesney
United States District Court

STIPULATION TO CONTINUE CMC -- Civil No. 3:15-cv-02590-MMC