George Torgun (Bar No. 222085)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: george@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAFAEL ROCK QUARRY, INC.,<br><br>Defendant. | Civil No. 3:15-cv-02590-MMC<br><br>**STIPULATED REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE AND DISMISSAL; [PROPOSED] ORDER**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maxine M. Chesney |

1  WHEREAS, on February 11, 2016, Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant San Rafael Rock Quarry, Inc. (collectively, the "Parties") notified the Court that the Parties had reached a tentative settlement in this action and would be sending copy of the [Proposed] Consent Decree to the U.S. Department of Justice and to the U.S. Environmental Protection Agency for a mandatory 45-day review period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5, *see* Dkt. No. 29;

WHEREAS, on March 29, 2016, the U.S. Department of Justice notified the Court and the Parties that it did not object to the entry of the [Proposed] Consent Decree, *see* Dkt. No. 31;

WHEREFORE, the Parties hereby stipulate and request that the Court approve and enter the [Proposed] Consent Decree as an Order of the Court, order that the above-captioned action be dismissed with prejudice, and retain jurisdiction over the Parties for the sole purpose of enforcing compliance by the Parties with the terms of the Consent Decree until the Consent Decree terminates.

WHEREFORE, the Parties respectfully stipulate and request that the Court approve and enter the Proposed Order below.

DATE: March 29, 2016

Respectfully Submitted,

/s/ Nicole C. Sasaki

Nicole C. Sasaki
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

/s/ Robert C. Goodman

Robert C. Goodman
Attorney for Defendant
SAN RAFAEL ROCK QUARRY, INC.

1 | I attest that concurrence in the filing of this document has been obtained from Robert C.
2 | Goodman for San Rafael Rock Quarry, Inc.

DATE: March 29, 2016

/s/ Nicole C. Sasaki

Nicole C. Sasaki
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the [Proposed] Consent Decree, attached hereto as Exhibit A, is fully incorporated herein by reference and is entered as an Order of the Court.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the Parties for the sole purpose of enforcing compliance by the Plaintiff and Defendant with the terms of the Consent Decree until the Consent Decree terminates.

IT IS FURTHER ORDERED that the above-captioned action against Defendant is dismissed with prejudice.

IT IS SO ORDERED.

Date: April 6, 2016

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Maxine M. Chesney
United States District Court