1  Erica A. Maharg (Bar No. 279396)
2  Nicole C. Sasaki (Bar No. 298736)
   SAN FRANCISCO BAYKEEPER
3  1736 Franklin Street, Suite 800
   Oakland, CA 94612
4  Telephone: (510) 735-9700
   Facsimile: (510) 735-9160
5  Email: erica@baykeeper.org
6  Email: nicole@baykeeper.org

7  Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br>v.<br>SAN RAFAEL ROCK QUARRY, INC.,<br><br>Defendant. | Case No. 3:15-cv-02590-MMC<br><br>STIPULATED REQUEST FOR ENTRY OF [PROPOSED] FIRST AMENDMENT TO CONSENT DECREE; ~~PROPOSED~~ ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maxine M. Chesney |

Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant San Rafael Rock Quarry, Inc. ("SRRQ") (collectively, the "Parties") hereby stipulate to the following:

WHEREAS, on February 5, 2016, the Parties executed a [Proposed] Consent Decree to resolve the above-captioned matter;

WHEREAS, on April 6, 2016, the Court issued an Order entering the Consent Decree filed and executed by the Parties, *see* Dkt. 33;

WHEREAS, the best management practices ("BMPs") that SRRQ has implemented to date have not yet reduced pollutant levels in SRRQ's stormwater discharges to the desired levels;

WHEREAS, the Consent Decree automatically terminates on October 1, 2018;

WHEREAS, in order to allow SRRQ time to implement additional BMPs to achieve further pollutant loading reductions the Parties wish to extend the term of the Consent Decree;

WHEREAS, on September 28, 2018, the Parties executed the [Proposed] First Amendment to Consent Decree, attached hereto as Exhibit A.

WHEREAS, Baykeeper sent the U.S. Department of Justice ("DOJ") the [Proposed] First Amendment to Consent Decree for agency review pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5;

WHEREAS, on September 28, 2018, DOJ notified Baykeeper that it does not object to entry of the [Proposed] First Amendment to Consent Decree via email, attached hereto as Exhibit B.

WHEREAS, the Parties hereby stipulate and request that the Court approve and enter the [Proposed] First Amendment to Consent Decree as an Order of the Court, and retain jurisdiction over the Parties for the sole purpose of enforcing compliance by the Parties with the term of the First Amendment to Consent Decree and the previously-entered Consent Decree until the First Amendment to Consent Decree terminates;

NOW THEREFORE, IT IS HEREBY STIPULATED between the Parties that the Parties respectfully request the Court to approve the [Proposed] First Amendment to Consent Decree and to enter the [Proposed] Order attached hereto.

IT IS SO STIPULATED.

DATE: September 28, 2018                    Respectfully Submitted,


                                            /s/ Nicole C. Sasaki

                                            Nicole C. Sasaki
                                            Attorney for Plaintiff
                                            SAN FRANCISCO BAYKEEPER


                                            /s/ Robert C. Goodman

                                            Robert C. Goodman
                                            Attorney for Defendant
                                            SAN RAFAEL ROCK QUARRY, INC.

1       I attest that concurrence in the filing of this document has been obtained from Robert C. Goodman for San Rafael Rock Quarry, Inc.

DATE: September 28, 2018         /s/ Nicole C. Sasaki
                                                    Nicole C. Sasaki
                                                    Attorney for Plaintiff
                                                    SAN FRANCISCO BAYKEEPER

**[~~PROPOSED~~] ORDER**

  IT IS HEREBY ORDERED that the [Proposed] First Amendment to Consent Decree, attached hereto as Exhibit A, ~~is fully incorporated herein by reference and is~~ shall be entered as an Order of the Court and filed concurrently herewith.

  IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the Parties for the sole purpose of enforcing compliance by the Plaintiff and Defendant with the terms of the First Amendment to Consent Decree and the previously-entered Consent Decree until the First Amendment to Consent Decree terminates.

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: October 10, 2018

*/s/ Maxine M. Chesney*
Honorable Maxine M. Chesney