Erica A. Maharg (Bar No. 279396)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: erica@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>SAN RAFAEL ROCK QUARRY, INC.,<br><br>Defendant. | Case No. 3:15-cv-02590-MMC<br><br>[PROPOSED] FIRST AMENDMENT TO CONSENT DECREE<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |

**FIRST AMENDMENT TO CONSENT DECREE**

This First Amendment to Consent Decree ("First Amendment") is entered into by and between San Francisco Baykeeper ("Baykeeper") and San Rafael Rock Quarry, Inc. ("SRRQ") (collectively "Parties) for the purpose of modifying certain terms in the Consent Decree.

**RECITALS**

WHEREAS, to resolve the lawsuit brought by Baykeeper against SRRQ under the Federal Water Pollution Control Act, 33 U.S.C. section 1251 *et seq*., the Parties agreed to resolve the lawsuit through settlement to avoid the costs and uncertainties of further litigation;

WHEREAS, the Court entered the Consent Decree between Baykeeper and SRRQ as an Order of the Court on April 6, 2016, *see* Dkt. 33;

WHEREAS, the best management practices ("BMPs") that SRRQ has implemented to date have not yet succeeded in reducing pollutants to the desired levels;

WHEREAS, the Consent Decree automatically terminates on October 1, 2018;

WHEREAS, in order to allow SRRQ time to implement additional BMPs to achieve further pollutant loading reductions the Parties wish to extend the term of the Consent Decree.

**NOW THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND ADJUDGED, ORDERED, AND DECREED BY THE COURT AS FOLLOWS:**

1. Paragraph 32 of the Consent Decree shall be amended as follows: This First Amendment to Consent Decree shall continue in effect until October 1, 2019 (the "term"), at which time the First Amendment to Consent Decree, and all obligations under it, shall terminate, unless the Parties are engaged in Dispute Resolution pursuant to Paragraph 24 of the Consent Decree.

2. Paragraph 22 of the Consent Decree shall be amended as follows:  Compliance Monitoring Funds: SRRQ provided Baykeeper a total six thousand dollars ($6,000), two thousand dollars ($2,000) annually, for costs and fees associated with monitoring SRRQ's compliance with the Consent Decree through October 1, 2018.  The compliance monitoring fund payment was paid to Baykeeper in three

(3) annual payments.  SRRQ shall provide Baykeeper an additional five thousand dollars ($5,000) for costs and fees associated with monitoring SRRQ's compliance with the First Amendment to Consent Decree through October 1, 2019.  SRRQ shall make the additional compliance monitoring fund payment payable to Baykeeper within thirty (30) days after the Effective Date of the First Amendment to Consent Decree.

3. The Effective Date of the First Amendment shall be the date on which the Parties fully execute the First Amendment.

4. All other terms and conditions in the Consent Decree not modified by this First Amendment shall remain in full force and effect.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

[Signatures on next page]

1    SAN FRANCISCO BAYKEEPER

2    Date: September 28, 2018

3

4    _____

5    SEJAL CHOKSI-CHUGH
     Executive Director

6

7    SAN RAFAEL ROCK QUARRY, INC.

8    Date:    September 28, 2018

9

10   _____

11   BILL T. DUTRA
     CEO

12

13

14   APPROVED AND SO ORDERED, this 10th day of  October 2018            .

15

16   UNITED STATES DISTRICT JUDGE

17

18   _____

19   Honorable Maxine M. Chesney

20

21

22

23

24

25

26

27

28

[PROPOSED] FIRST AMENDMENT TO CONSENT DECREE    Case No. 3:15-cv-02590-MMC